# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| KEITH TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:22-CV-00017- |
| | ) JRH-BKE |
| CHEDDAR'S CASUAL CAFE, INC. | ) |
| D/B/A CHEDDAR'S SCRATCH | ) |
| KITCHEN AND JOHN DOE, | ) |
| | ) |
| Defendant. | ) |

_____

## CERTIFICATE OF SERVICE FOR OFFER OF SETTLEMENT

I HEREBY CERTIFY that I have this day served opposing counsel, with the foregoing *Offer of Settlement* by depositing a true and exact copy of the same via electronic correspondence addressed to the following:

Certified Mail: 9589-0710-5270-1548-9363-84
(RRR): 9590-9402-7757-2152-0666-59
Edwin A. Wilson, Esq.
Frail & Wilson, LLC
211 Pleasant Home Road, Suite A-1
Augusta, GA 30907
edwinwilson@frailswilsonlaw.com
stacy@frailswilsonlaw.com
*Counsel for Plaintiff*

Respectfully submitted this the 4th day of December, 2023.

**VERNIS & BOWLING OF ATLANTA, LLC**

                                 */s/ Kimberly Sheridan*
                                 Kimberly Sheridan, Esq.
                                 Georgia Bar No.: 061028
                                 Michael Becker, Esq.
                                 Georgia Bar No.:  529479
                                 *Counsel for Cheddar's Casual Café, Inc.*

30 Perimeter Park Drive
Suite 200
Atlanta, Georgia 30341
(404) 846-2001
(404) 846-2002 (Fax)
ksheridan@georgia-law.com
mbecker@georgia-law.com